BEFORE THE SECOND DIVISION, OCTOBER 24, 1945

**No. 50612.**—Protest 35515–K of American Straw Goods Co. (New York).

Opinion by TILSON, J.  It was agreed in open court that certain items of the merchandise consist of knotted hemp hats similar in all material respects to those the subject of Abstract 46497.  Accepting this stipulation as a statement of fact and following the cited authority the merchandise was held dutiable as claimed.

**No. 50613.**—Protest 589705–G of Italian Felt Straw Corp. (New York).

Opinion by TILSON, J.  The testimony showed that the merchandise consists of hats known as harvest hats, valued at less than $3 per dozen, similar in all material respects to those the subject of *Caradine Hat Co. v. United States* (9 Cust. Ct. 69, C. D. 664).  Upon the stipulated facts and following the cited authority the merchandise was held dutiable as claimed.

**No. 50614.**—Protests 637290–G, etc., of Italian Felt & Straw Corp. (New York).

Opinion by TILSON, J.  The testimony established that certain items of the merchandise consist of hats known as harvest hats, valued at less than $3 per dozen, similar in all material respects to those the subject of *Caradine Hat Co. v. United States* (9 Cust. Ct. 69, C. D. 664).  Upon the stipulated facts and following the cited authority the merchandise was held dutiable as claimed.

**No. 50615.**—Protest 885859–G of Saul H. Gilbert (New York).

Opinion by TILSON, J.  The evidence established that certain items of the merchandise consist of racello hats similar in all material respects to those the subject of Abstract 47291.  Upon the established facts and following the authority cited, the merchandise contained in cases 2930 and 2931 was held dutiable as claimed.